UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. DUARTE, <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK COUNTY SHERRIFF OFFICE, et al., <br><br> Defendants. | Civil Action No. <br> 24-13005-LTS |

ORDER

April 29, 2025

SOROKIN, D.J.

On February 12, 2025, the Court ordered plaintiff Eric Duarte, who is a pretrial detainee, to pay the $405 filing fee. The Court found that Duarte is not eligible to proceed without prepayment of the fee because of the "three strikes" provision of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(g). The Court warned Duarte that failure to comply with the order within 35 days would result in dismissal of the action without prejudice.

The deadline for comply with the Court's February 12, 2025 order has lapsed without any response from Duarte. Accordingly, this action is DISMISSED without prejudice.

SO ORDERED

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE